1004

No. 84–685. RUSH ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–834. BARTH ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–877. HILDMANN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–890. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–904. McQUISTON v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–916. MONROE ET AL. v. UNITED AIR LINES, INC., ET AL.; and
No. 84–958. AIR LINE PILOTS ASSN., INTERNATIONAL v. HIGMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–919. NEW YORK UNIVERSITY MEDICAL CENTER v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–923. CARNIVAL CRUISE LINES, INC. v. KORNBERG ET UX. C. A. 11th Cir. Certiorari denied.

No. 84–975. DEERE & CO. v. KINZENBAW ET AL. C. A. Fed. Cir. Certiorari denied.

No. 84–1032. ALCON LABORATORIES, INC., ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–1055. DRURY v. LOUISIANA STATE BAR ASSN. Sup. Ct. La. Certiorari denied.

No. 84–1057. HUTCHERSON ET AL. v. BOARD OF SUPERVISORS OF FRANKLIN COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–1060. AUKAMP v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.